IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEVIN WILLIE WILLIAMS, )<br># 173816 )<br> )<br>   Petitioner, )<br> )<br>v. )<br> )<br>PATRICE RICHIE JONES, *et al.*, )<br> )<br>   Respondents. ) | CIVIL ACTION NO.<br>2:21-CV-749-WHA-JTA<br>[WO] |

## **ORDER**

On November 8, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 3.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (Doc. 3) is ADOPTED.

2. This case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE on this 3rd day of December, 2021.

                                      /s/ W. Harold Albritton
                                      W. HAROLD ALBRITTON
                                      SENIOR UNITED STATES DISTRICT JUDGE