IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN WILLIE WILLIAMS, <br> # 173816, <br><br> Petitioner, <br><br> vs. <br><br> PATRICE RICHIE JONES, <br> Warden, *et al.*, <br><br> Respondents. | * <br> * <br> * <br> * <br> * <br> * CIVIL ACTION NO. 21-00534-KD-B <br> * <br> * <br> * <br> * <br> * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 6, 2022 (Doc. 8) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Petitioner Kevin Willie Williams's petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1) be **DISMISSED without prejudice** for lack of jurisdiction due to Williams's failure to comply with 28 U.S.C. § 2244(b)(3)(A).

**DONE** this 7th day of February 2022.

<u>Kristi K. DuBose</u>
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE